AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anand, Justin S. | U.S. District Court, Northern District of Georgia | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
75 Spring St., SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, board of directors | Clairmont Oaks/Briarcliff Oaks |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution/ Income (spouse only) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▇▇▇▇▇▇ | Tuition agreement | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Checking Account | A | Interest | L | T | | | | | |
| 2. Bank deposit program, Morgan Stanley Smith Barney ("MSSB") | A | Interest | J | T | | | | | |
| 3. Wells Fargo cash account (IRA) | A | Interest | J | T | | | | | |
| 4. Nuveen Georgia Muni Bond Fund (MSSB) | D | Int./Div. | N | T | | | | | |
| 5. Cohen & Steers Realty Income | D | Distribution | M | T | Buy (add'l) | 12/6/17 | J | | |
| 6. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 7. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 8. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 9. Eaton Vance LTD Duration (MSSB) | A | Dividend | J | T | | | | | |
| 10. Eaton Vance Tax-Managed Global Dvrsfd Eqty Incme Fd (MSSB) | A | Int./Div. | J | T | | | | | |
| 11. First Eagle Global Fund (MSSB) | D | Distribution | N | T | | | | | |
| 12. Legg Mason Clearbridge Aggressive Growth (MSSB) | B | Distribution | J | T | Donated (part) | | | | |
| 13. Legg Mason Clearbridge Fundamental All Cap Value (MSSB) | A | Distribution | J | T | | | | | |
| 14. LM CBA Equity Income Clearbridge Dividend Strat (MSSB) | A | Dividend | K | T | | | | | |
| 15. Legg Mason Clearbridge Large Cap Growth | A | Distribution | J | T | | | | | |
| 16. Lord Abbot Short Duration Income Fund (MSSB) | A | Dividend | K | T | | | | | |
| 17. SPDR S&P Midcap 400 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 19. Vanguard Total Stock Mkt ETF (MSSB) | A | Dividend | K | T | | | | | |
| 20. Clearbridge Energy MLP Fd (MSSB) | B | Distribution | K | T | | | | | |
| 21. Thompson bond fund | A | Int./Div. | J | T | Buy | 12/15/17 | J | | |
| 22. Vanguard Wellington Fund | A | Distribution | J | T | | | | | |
| 23. Vanguard Index Trust 500 | A | Dividend | J | T | | | | | |
| 24. Vanguard Morgan Growth Fd | A | Dividend | J | T | | | | | |
| 25. Weatherford International Ltd | A | Int./Div. | | | Sold | 12/15/17 | J | A | |
| 26. Fidelity Asset Mgr 85% Fund | A | Dividend | L | T | | | | | |
| 27. Fidelity Blue Chip Growth Fund | A | Dividend | L | T | | | | | |
| 28. Fidelity Diversified Int'l Fund | A | Int./Div. | K | T | | | | | |
| 29. Schwab S&P 500 Index | D | Int./Div. | N | T | Buy (add'l) | 12/18/17 | J | | |
| 30. | | | | | Buy (add'l) | 08/04/17 | K | | |
| 31. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 32. Goldman Sachs Small Cap Value Inst | D | Dividend | M | T | Buy (add'l) | 12/11/17 | J | | |
| 33. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 34. | | | | | Buy (add'l) | 08/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Mid Cap Value Inst. Fund (Schwab) | D | Dividend | M | T | Buy (add'l) | 12/21/17 | J | | |
| 36. | | | | | Buy (add'l) | 08/04/17 | K | | |
| 37. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 38. American Funds EuroPacific Fund | D | Dividend | M | T | Buy (add'l) | 12/21/17 | J | | |
| 39. | | | | | Buy (add'l) | 08/04/17 | K | | |
| 40. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 41. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 42. Prudential total return | B | Int./Div. | L | T | Buy (add'l) | 08/04/17 | J | | |
| 43. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 44. Alliance Bernstein Funds Large Cap Growth (Wells Fargo IRA) | A | Int./Div. | J | T | | | | | |
| 45. Wells Fargo Large Cap Growth Funds (WFLNX) (IRA) | A | Int./Div. | J | T | | | | | |
| 46. Wells Fargo Small/Mid Cap Fund (SOPFX) (IRA) | A | Int./Div. | J | T | | | | | |
| 47. TIAA-CREF Georgia 529 Plan Aggressive Managed Alloc Acc't 1 | | None | M | T | Buy (add'l) | 08/14/17 | J | | |
| 48. TIAA-CREF Georgia 529 Plan Mgd Alloc Acc't 2 | | None | L | T | Buy (add'l) | 08/14/17 | J | | |
| 49. TIAA-CREF Georgia 529 Plan Mg Alloc Acc't 3 | | None | K | T | Buy (add'l) | 08/14/17 | J | | |
| 50. Southern Co. | A | Dividend | J | T | | | | | |
| 51. Nelson Mullins Defined Benefit Plan (y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Capital One Nat'l Bank Account | B | Interest | M | T | | | | | |
| 53. Gabelli Utilities | A | Dividend | J | T | | | | | |
| 54. Chase checking account | A | Interest | L | T | | | | | |
| 55. Chase savings account | A | Interest | J | T | | | | | |
| 56. Nelson mullins cash balance plan (x) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-- Item 51 on Part VII (the Nelson Mullins Defined Benefit Program) was a retirement plan belonging to my wife. At the end of July 2017, this program was canceled and the proceeds were rolled over into my wif'es other existing retirement accounts, the assets and transactions of which are disclosed elsewhere in Part VIII. In other words, the funds from the Defined Benefit Plan were rolled over and used to purchase shares of various funds in existing retirement accounts, and all of those purchases are disclosed.

-- Item 56 is a new retirement plan belonging to my wife (the Nelson Mullins Cash Balance Plan) which was instituted as a replacement for the terminated Defined Benefit Program.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Justin S. Anand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544